UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CHANNETTE CARPENTER, individually,)
And as Special Administrator of the Estate )
Of baby Carpenter (deceased)              )
                                          )
          Plaintiff,                      )          07 C 6918
                                          )
V.                                        )
                                          )
THE CITY OF CHICAGO et. al.               )          Judge Virginia M. Kendall
                                          )
          Defendants                      )

**DEFENDANT COUNTY OF COOK'S MOTION TO DISMISS CERMAK HEALTH SERVICES OF COOK COUNTY**

NOW COME Defendant, COUNTY OF COOK by its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through his Assistant, Andrew J. Creighton, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure moves this Honorable Court to Dismiss , CERMAK HEALTH SERVICES OF COOK COUNTY. A Memorandum of Law in Support of this Motion to Dismiss is hereto attached.

                                    Respectfully submitted,

                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                              By;:/s  Andrew J. Creighton
                                    Andrew J. Creighton
                                    Assistant State's Attorney
                                    Medical Litigation Unit
                                    301 Richard J. Daley Center
                                    Chicago, Illinois  60602
                                    (312) 603-5111