UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CHANNETTE CARPENTER, individually,) <br> And as Special Administrator of the Estate ) <br> Of baby Carpenter (deceased)         ) <br>                                                         ) <br>         Plaintiff,              ) <br>                                                         ) <br> V.                                                    ) <br>                                                         ) <br> THE CITY OF CHICAGO et. al.    ) <br>                                                         ) <br>         Defendants              ) | | 07 C 6918 <br><br><br><br><br> Judge Virginia M. Kendall |

## NOTICE OF MOTION

To:   R. Tamara de Silva, Attorney At Law
      Suite 1400
      39 S. LaSalle St.
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on January 10, 2008 at 9:00 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any Judge sitting in her stead in the courtroom 2319 usually occupied by her in the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St. Chicago, IL 60604 and present the attached **DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME And DEFENDANT'S MOTION TO DISMISS CERMAK HEALTH SERVICES.**

                                                        Richard A. Devine
                                                        State's Attorney of Cook County

                                                By: /s Andrew J. Creighton
                                                        Andrew J. Creighton
                                                        Assistant State's Attorney
                                                        Medical Litigation Section
                                                        300 Richard J. Daley Center
                                                        Chicago, Il 60602
                                                        (312) 603-5111

## **CERTIFICATE OF SERVICE**

      I, Andrew J. Creighton, Assistant State's Attorney, hereby certify that the attached motions were served upon the person named above on January 2, 2008, by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in a properly addressed envelope bearing sufficient postage.

_____
/s Andrew J. Creighton