UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| CHANNETTE CARPENTER, individually,) And as Special Administrator of the Estate ) Of baby Carpenter (deceased)        ) | ) | |
| Plaintiff,        ) | ) | 07 C 6918 |
| V.        ) | ) | |
| THE CITY OF CHICAGO et. al.        ) | ) | Judge Virginia M. Kendall |
| Defendants        ) | | |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

**NOW COMES** Defendant Cook County, by and through its attorney RICHARD A. DEVINE, State's Attorney of Cook County, through his assistant, Assistant State's Attorney Andrew J. Creighton, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure states as follows:

1. Movant Defendant is represented by the Office of the Cook County State's Attorney;

2. Undersigned counsel is assigned to this case and has filed an appearance for Defendant Cook County.

3. Defendant Cook County was served on December 11, 2007 and additional time is required to investigate the matter so that an appropriate responsive pleading can be filed.

4. Undersigned counsel respectfully states that thirty days (February 1, 2008) is needed to analyze and prepare an appropriate answer or other responsive pleading on behalf of said Defendant.

5. Plaintiff will not be prejudiced by this extension.

**WHEREFORE,** Defendant prays that this Honorable Court grant an enlargement of time for Defendant Cook County until February 1, 2008, to answer or otherwise plead; that this

Honorable Court vacate any default, technical or otherwise; and that this Honorable Court grant any other relief it deems just.

                                                  Respectfully submitted,

                                                  RICHARD A. DEVINE
                                                  State's Attorney of Cook County

By:    /s Andrew J. Creighton
        Assistant State's Attorney
        Medical Litigation Section
        300 Richard J. Daley Center
        Chicago, Il 60602
        (312) 603-5111