UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Channette Carpenter
                                Plaintiff,
v.                                              Case No.: 1:07−cv−06918
                                                Honorable Virginia M. Kendall
City of Chicago, The, et al.
                                Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2008:

MINUTE entry before Judge Virginia M. Kendall : Defendant's Motion for enlargement of time [11] is granted; defendant may have until 2/1/2008 to answer or otherwise plead. Defendant's motion to dismiss Cermak Health Services [8] is taken under advisement. Responses due by 1/18/2008. Replies due by 1/25/2008. The noticed hearing date of 1/10/2008 for these motions is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.