UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CHANNETTE CARPENTER, individually,)
And as Special Administrator of the Estate )
Of baby Carpenter (deceased)            )
                                        )
      Plaintiff,              )       07 C 6918
                                        )
V.                                      )
                                        )
THE CITY OF CHICAGO et. al.             )       Judge Virginia M. Kendall
                                        )
      Defendants              )

## DEFENDANT COUNTY OF COOK'S
## MOTION TO STRIKE AND OR DISMISS PLAINTIFF'S COMPLAINT

NOW COME Defendant COUNTY OF COOK, , by its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through his Assistant, Andrew J. Creighton, and pursuant to Rule 12(b)(6) And Rule 12 (f) of the Federal Rules of Civil Procedure moves this Honorable Court to Strike and or Dismiss Plaintiff's Complaint. A Memorandum of Law in Support of this Motion is hereto attached.

                        Respectfully submitted,

                        RICHARD A. DEVINE
                        State's Attorney of Cook County

     By : /s Andrew J. Creighton
                Andrew J. Creighton
                Assistant State's Attorney
                Medical Litigation Unit
                301 Richard J. Daley Center
                Chicago, Illinois  60602
                (312) 603-5111

Case 1:07-cv-06918    Document 16    Filed 02/01/2008    Page 2 of 2