UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHANNETTE CARPENTER, individually, And as Special Administrator of the Estate Of baby Carpenter (deceased)<br><br>        Plaintiff,<br><br>V.<br><br>THE CITY OF CHICAGO et. al.<br><br>        Defendants | 07 C 6918<br><br><br><br><br><br>Judge Virginia M. Kendall |

### NOTICE OF MOTION

To:    R. Tamara de Silva, Attorney At Law
         Suite 1400
         39 S. LaSalle St.
         Chicago, IL 60603

         Rita C. Moran
         City of Chicago Department of Law
         30 N. LaSalle St.
         Suite 1020
         Chicago, IL 60602

        **PLEASE TAKE NOTICE** that on February 7, 2008 at 9:00 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any Judge sitting in her stead in the courtroom 2319 usually occupied by her in the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St. Chicago, IL 60604 and present the attached **DEFENDANT COOK COUNTY'S MOTION TO DISMISS,** a copy of which is hereby served on you.

                                                            Richard A. Devine
                                                       State's Attorney of Cook County

                                                      By: /s Andrew J. Creighton
                                                           Andrew J. Creighton
                                                           Assistant State's Attorney
                                                           Medical Litigation Section
                                                           300 Richard J. Daley Center
                                                           Chicago, Il 60602
                                                           (312) 603-5111

## CERTIFICATE OF SERVICE

I, Andrew J. Creighton, Assistant State's Attorney, hereby certify that the attached notice and motion were served upon the above named attorneys above on February 1, 2008, pursuant to ECF .

                                                                              _____
                                                                              /s Andrew J. Creighton