IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANNETTE CARPENTER, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6918 |
| | ) | |
| v. | ) | Judge Kendall |
| | ) | |
| THE CITY OF CHICAGO, et. al. | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   All parties of record

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANT'S JOINT MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kendall, or before such other Judge sitting in her place or stead, on the 7th day of February, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

   **DATED** at Chicago, Illinois this 4th day of February, 2008.

                    MARA S. GEORGES
                    CORPORATION COUNSEL
                    CITY OF CHICAGO

         BY:   /s/ Rita Moran
                    RITA MORAN
                    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301