# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Channette Carpenter

                              Plaintiff,

v.                                          Case No.: 1:07–cv–06918
                                            Honorable Virginia M. Kendall

City of Chicago, The, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 4, 2008:

     MINUTE entry before Judge Virginia M. Kendall : Defendants' Joint Motion for extension of time to respond to the complaint [20] is granted. The City of Chicago and Defendant Officers may have until 3/14/08 to answer or otherwise respond to the complaint. The 2/7/08 hearing date stands for the Status Hearing and for the County's Motion to Dismiss. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.