UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOIS
EASTERN DIVISION

| | |
|---|---|
| CHANNETTE CARPENTER, Individually, )<br>And as Special Administrator of the )<br>Estate of Baby Carpenter (deceased) )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF CHICAGO, et. Al. )<br>)<br>Defendants. ) | Case No. 1:07-cv-06918<br>Honorable<br>Judge Virginia M. Kendall |

## NOTICE OF PLAINTIFF'S MEMORANDUM OF POINTS AND LAW IN OPPOSITION TO DEFENDANT COUNTY OF COOK'S MOTION TO STRIKE AND/OR DISMISS PLAINTIFF'S COMPLAINT

TO:   Andrew J. Creighton
Assistant State's Attorney
Medical Litigation Unit
301 Richard J. Daley Center
Chicago, Illinois 60602
for Defendant County of Cook


Marc J. Boxerman
City of Chicago Department of Law
30 N. LaSalle St., Suite 1400
Chicago, Illinois 60602
for Defendants Chicago Police Officers Paul Lorenz, Matthew D. Shea, Dominick Doris and Rebecca Garcia

Bhairav Radia
City of Chicago Department of Law
30 N. LaSalle St., Room 1020
Chicago, Illinois 60602
for Defendant City of Chicago

Rita C. Moran
City of Chicago Department of Law
30 N. LaSalle St., Room 1020
Chicago, Illinois 60602
for Defendant City of Chicago

PLEASE TAKE NOTICE that on February 7, 2008 at 9:00 a.m. Plaintiff's counsel will appear before the Honorable Judge Virginia M. Kendall in Courtroom 2319, of the Federal District Court for the Northern District of Illinois, 219 South Dearborn St., Chicago, Illinois 60604 and then and there present Plaintiff's Memorandum of Points and Law in Opposition to Defendant County of Cook's Motion to Strike and/or Dismiss Plaintiff's Complaint.

**CERTIFICATE OF SERVICE**

I, the undersigned do hereby certify that I caused a true and correct copy of Plaintiff's Memorandum of Points and Law in Opposition to Defendant County of Cook's Motion to Strike and/or Dismiss Plaintiff's Complaint to be served upon Defendants' lead attorneys of record by electronic filing pursuant to Local Rule of Civil Procedure 5.9.

s/**R. Tamara de Silva**
Attorney # 6244445
Law Office of R. Tamara de Silva
39 South LaSalle St., Suite 1400
Chicago, Illinois 60603
(312) 915-0076