UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case  07 C 6918 |
| Channette Carpenter, Plaintiff, | |
| v. | Judge Kendall |
| City of Chicago et. al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Paul Lorenz, Officer Matthew D. Shea, Officer Dominick Doris, Officer Rebecca Garcia and Officer Mahmoud Haleem, Defendants

| |
|---|
| SIGNATURE  /s/ Thomas J. Platt |
| FIRM  Corporation Counsel's Offfice, City of Chicago |
| STREET ADDRESS  30 N. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP  Chicago, Illinois 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06181260 | TELEPHONE NUMBER (312) 744-4833 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |