**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Channette Carpenter

                           Plaintiff,

v.                                                    Case No.: 1:07−cv−06918
                                                      Honorable Virginia M. Kendall

City of Chicago, The, et al.

                           Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 7, 2008:

        MINUTE entry before Judge Virginia M. Kendall : Status and Motion hearing held. Plaintiff is granted leave to amend complaint by 2/14/2008. Defendants Cook County and Cermak Health Services shall contact the Court by 2/21/2008 to inform the Court whether the Motion to Dismiss [16] is sufficient based on Plaintiff's amended complaint. If so, responses to the Motions to Dismiss will be due 3/6/2008; replies due 3/13/2008. Fact Discovery ordered closed by 8/7/2008. Expert discovery ordered closed 11/7/2008. Dispositive motions with supporting memoranda due 12/8/2008; responses due 1/6/2009; replies due 1/20/2009. Status conference set for 8/11/2008 at 9:00 AM to follow the close of Fact Discovery. Parties should contact the courtroom deputy to schedule a settlement conference before Judge Kendall, or for a referral to Magistrate Judge Brown for a settlement conference. Status hearing set for 5/7/2008 at 9:00 AM. Mailed notice.(kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.