UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANNETTE CARPENTER, Individually, And as Special Administrator of the Estate of Baby Carpenter (deceased) | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:07-cv-06918 Honorable |
| v. | ) ) | Judge Virginia M. Kendall |
| THE CITY OF CHICAGO, et. Al. | ) ) | Magistrate Judge Geraldine Soat Brown |
| Defendants. | ) | |

## NOTICE OF FILING OF PLAINTIFF'S AMENDED COMPLAINT

TO:     Andrew J. Creighton
        Assistant State's Attorney
        Medical Litigation Unit
        301 Richard J. Daley Center
        Chicago, Illinois 60602
        for Defendant County of Cook


        Marc J. Boxerman
        City of Chicago Department of Law
        30 N. LaSalle St., Suite 1400
        Chicago, Illinois 60602
        for Defendants Chicago Police Officers Paul Lorenz, Matthew D. Shea, Dominick Doris and Rebecca Garcia

        Bhairav Radia
        City of Chicago Department of Law
        30 N. LaSalle St., Room 1020
        Chicago, Illinois 60602
        for Defendant City of Chicago

        Rita C. Moran
        City of Chicago Department of Law

30 N. LaSalle St., Room 1020
Chicago, Illinois 60602
for Defendant City of Chicago

Thomas J. Platt
Corporation Counsel's Office,
The City of Chicago
30 N. LaSalle St., Suite 1400
Chicago, Illinois 60611
for Defendants Chicago Police Officers Paul Lorenz, Matthew D. Shea, Dominick Doris and Rebecca Garcia

PLEASE TAKE NOTICE that on February 14, 2008, Plaintiff's counsel files Plaintiff's Amended Complaint pursuant to Judge Virginia M. Kendall's Order dated February 7, 2008.

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify that I caused a true and correct copy of Plaintiff's Amended Complaint to be served upon Defendants' lead attorneys of record by electronic filing pursuant to Local Rule of Civil Procedure 5.9.

s/R. Tamara de Silva
Attorney # 6244445
Law Office of R. Tamara de Silva
39 South LaSalle St., Suite 1400
Chicago, Illinois 60603
(312) 915-0076