# EXHIBIT A

```
CASE: 07CR0005101 S   (START OF FELONY CASE)        PAGE: 001 OF  010        PROD
DEFENDANT NAME: CHANNETTE      CARPENTER
GENERAL INFORMATION
   CB: 016739303 IR: 1825982 SID:           FBI:            RD: HM761754

ATTORNEY INFORMATION

   SEQ ATTY NBR     ATTORNEY NAME              FIRST APPEAR   ASSIGN CD
   001  36885       ADAM SAMUEL E                011807          U

CHARGE INFORMATION

NBR A TYPE CLASS CHAPTER/SECTION                   DESCRIPTION
001     F    3   720-5/12-4(b)(18)                 AGG BTRY/OFFICER/EMPL/GO
002     F    3   720-5/12-4(b)(18)                 AGG BTRY/OFFICER/EMPL/GO
003     F    3   720-5/12-4(b)(8)                  AGG BATTERY/PUBLIC PLACE
004     F    3   720-5/12-4(b)(8)                  AGG BATTERY/PUBLIC PLACE
005     F    4   720-5/31-1(a-7)                   RESIST/OBSTRUCT OFFICER/




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

Date: 2/22/2008 Time: 12:06:32 PM

```
CASE: 07CR0005101 S   (START OF FELONY CASE)           PAGE: 002 OF  010        PROD
    DEFENDANT NAME: CHANNETTE    CARPENTER
    DISPOSITION INFORMATION


  122706-
  IND/INFO-CLK OFFICE-PRES JUDGE     011007              1701         CR0005101 I
       07CR0005101 ID# CR100
  CLERK'S OFFICE 26TH & CALIFORNIA         0900 AM

  011007-
  CASE ASSIGNED                      011807              6726
  BIEBEL, PAUL JR.
  ROOM 101       26TH & CALIFORNIA         0930 AM

  011007-
  DEFENDANT IN CUSTODY               000000
  GAINER THOMAS V JR.
  ROOM 101       26TH & CALIFORNIA



  ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
  => PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

Date: 2/22/2008 Time: 12:06:35 PM

```
CASE: 07CR0005101 S   (START OF FELONY CASE)           PAGE: 003 OF  010         PROD
  DEFENDANT NAME: CHANNETTE      CARPENTER
011807-
DEFENDANT IN CUSTODY                    000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
PRISONER DATA SHEET TO ISSUE            000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
APPEARANCE FILED                        000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
DEFENDANT ARRAIGNED                     000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

```
CASE: 07CR0005101 S   (START OF FELONY CASE)         PAGE: 004 OF  010         PROD
  DEFENDANT NAME: CHANNETTE     CARPENTER

011807-
PLEA OF NOT GUILTY                000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW

011807-
MOTION FOR DISCOVERY              000000              F         1
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW

011807-
DISCOVERY ANSWER FILED            000000                        1
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

Date: 2/22/2008 Time: 12:06:39 PM

```
CASE: 07CR0005101 S   (START OF FELONY CASE)        PAGE: 005 OF   010        PROD
  DEFENDANT NAME: CHANNETTE    CARPENTER
011807-
MOTION FOR BAIL REDUCTION           000000         F      2
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
MOTION FOR BAIL REDUCTION           000000         D      2
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
ADMONISH AS TO TRIAL IN ABSENT      000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


011807-
CONTINUANCE BY AGREEMENT            022607
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                    0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

```
CASE: 07CR0005101 S   (START OF FELONY CASE)           PAGE: 006 OF   010           PROD
  DEFENDANT NAME: CHANNETTE     CARPENTER


022607-
DEFENDANT ON BOND                    000000
DAVY, THOMAS M.
ROOM 109          BRIDGEVIEW


022607-
MOTION FOR DISCOVERY                 000000              F        2
DAVY, THOMAS M.
ROOM 109          BRIDGEVIEW


022607-
CONTINUANCE BY AGREEMENT             031907
DAVY, THOMAS M.
ROOM 109          BRIDGEVIEW                    0930 AM




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

```
CASE: 07CR0005101 S   (START OF FELONY CASE)          PAGE: 007 OF  010         PROD
 DEFENDANT NAME: CHANNETTE     CARPENTER
031907-
CONTINUANCE BY AGREEMENT            041807
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                          0930 AM


041807-
CONTINUANCE BY AGREEMENT            052107
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                          0930 AM


052107-
MOTION TO SUPPRESS                  000000           F         2
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


052107-
WITNESSES ORDERED TO APPEAR         000000
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW


ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

```
CASE: 07CR0005101 S   (START OF FELONY CASE)        PAGE: 008 OF 010        PROD
 DEFENDANT NAME: CHANNETTE     CARPENTER

052107-
CONTINUANCE BY AGREEMENT              062707
DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW                    0930 AM

062707-
MOTION DEFT - CONTINUANCE - MD        071707
DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW                    0930 AM

071707-
DEFENDANT ON BOND                     000000
DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

```
CASE: 07CR0005101 S   (START OF FELONY CASE)          PAGE: 009 OF   010          PROD
  DEFENDANT NAME: CHANNETTE       CARPENTER
071707-
CONTINUANCE BY AGREEMENT                082807
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


082807-
CONTINUANCE BY AGREEMENT                092707              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


092707-
MOTION DEFT - CONTINUANCE - MD          100907              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


100907-
CONTINUANCE BY AGREEMENT                111907              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```

Date: 2/22/2008 Time: 12:06:48 PM

```
CASE: 07CR0005101 S  (START OF FELONY CASE)         PAGE: 010 OF  010        PROD
   DEFENDANT NAME: CHANNETTE      CARPENTER

111907-
CONTINUANCE BY AGREEMENT              121307              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

121307-
CONTINUANCE BY AGREEMENT              012908              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

012908-
CONTINUANCE BY AGREEMENT              040108              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

END OF FILE


ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 010 DESTINATION ____
```