# EXHIBIT B

```
CASE: 07CR0005102 S   (START OF FELONY CASE)        PAGE: 001 OF  008        PROD
  Defendant Name: GEORGETTE    DURR
GENERAL INFORMATION
   CB: 016739392 IR: 1728814 SID: 056708690 FBI: 635044JC6 RD: HM761765

ATTORNEY INFORMATION         -- NO ATTORNEYS ASSOC W/CASE --

CHARGE INFORMATION

NBR A TYPE CLASS CHAPTER/SECTION                DESCRIPTION
001      F    3   720-5/12-4(b)(18)             AGG BTRY/OFFICER/EMPL/GO
002      F    3   720-5/12-4(b)(18)             AGG BTRY/OFFICER/EMPL/GO
003      F    3   720-5/12-4(b)(8)              AGG BATTERY/PUBLIC PLACE
004      F    3   720-5/12-4(b)(8)              AGG BATTERY/PUBLIC PLACE
005      F    4   720-5/31-1(a-7)               RESIST/OBSTRUCT OFFICER/

DISPOSITION INFORMATION




Enter=Continue PF3=Return PF7=Bkwrd PF8=Frwd PF10=Reset PF12=Print Clear=Exit
=> Print The Following Pages PAGE: 001 THRU 008 Destination ____
```

Date: 2/22/2008 Time: 12:09:45 PM

```
CASE: 07CR0005102 S  (START OF FELONY CASE)         PAGE: 002 OF  008      PROD
  DEFENDANT NAME: GEORGETTE     DURR
122706-
IND/INFO-CLK OFFICE-PRES JUDGE    011007          1701          CR0005102 I
     07CR0005102 ID# CR100
CLERK'S OFFICE 26TH & CALIFORNIA         0900 AM


011007-
CASE ASSIGNED                     011807          6726
BIEBEL, PAUL JR.
ROOM 101       26TH & CALIFORNIA         0930 AM


011807-
DEFENDANT ON BOND                 000000
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW


011807-
PUBLIC DEFENDER APPOINTED         000000
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

```
CASE: 07CR0005102 S  (START OF FELONY CASE)         PAGE: 003 OF  008         PROD
   DEFENDANT NAME: GEORGETTE     DURR

 011807-
 DEFENDANT ARRAIGNED                 000000
 DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW

 011807-
 PLEA OF NOT GUILTY                  000000
 DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW

 011807-
 ADMONISH AS TO TRIAL IN ABSENT      000000
 DAVY, THOMAS M.
 ROOM 109        BRIDGEVIEW




 ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
 => PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

Date: 2/22/2008 Time: 12:09:51 PM

```
CASE: 07CR0005102 S   (START OF FELONY CASE)         PAGE: 004 OF  008         PROD
 DEFENDANT NAME: GEORGETTE     DURR
011807-
MOTION DEFT - CONTINUANCE - MD      022807
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


022807-
APPEARANCE FILED                    000000
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW


022807-
CONTINUANCE BY AGREEMENT            031907
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM


031907-
CONTINUANCE BY AGREEMENT            041807
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                      0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

```
CASE: 07CR0005102 S  (START OF FELONY CASE)        PAGE: 005 OF  008        PROD
   DEFENDANT NAME: GEORGETTE    DURR

041807-
CONTINUANCE BY AGREEMENT              052107
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

052107-
MOTION TO SUPPRESS                    000000            F       2
     EVIDENCE AND STATEMENT
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW

052107-
WITNESSES ORDERED TO APPEAR           000000
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

```
CASE: 07CR0005102 S   (START OF FELONY CASE)        PAGE: 006 OF  008         PROD
  DEFENDANT NAME: GEORGETTE    DURR
052107-
CONTINUANCE BY AGREEMENT            062707
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW                      0930 AM


062707-
MOTION DEFT - CONTINUANCE - MD      071707
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW                      0930 AM


071707-
DEFENDANT ON BOND                   000000
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW


071707-
CONTINUANCE BY AGREEMENT            082807
DAVY, THOMAS M.
ROOM 109       BRIDGEVIEW                      0930 AM

ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

```
CASE: 07CR0005102 S  (START OF FELONY CASE)         PAGE: 007 OF  008         PROD
  DEFENDANT NAME: GEORGETTE    DURR

082807-
CONTINUANCE BY AGREEMENT              092707              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

092707-
MOTION DEFT - CONTINUANCE - MD        100907              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM

100907-
CONTINUANCE BY AGREEMENT              111907              6726
DAVY, THOMAS M.
ROOM 109         BRIDGEVIEW                    0930 AM




ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION ____
```

```
CASE: 07CR0005102 S   (START OF FELONY CASE)           PAGE: 008 OF  008        PROD
 DEFENDANT NAME: GEORGETTE    DURR
111907-
CONTINUANCE BY AGREEMENT            121307            6726
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                  0930 AM


121307-
CONTINUANCE BY AGREEMENT            012908            6726
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                  0930 AM


012908-
CONTINUANCE BY AGREEMENT            040108            6726
DAVY, THOMAS M.
ROOM 109        BRIDGEVIEW                  0930 AM

END OF FILE



ENTER=CONTINUE PF3=RETURN PF7=BKWRD PF8=FRWD PF10=RESET PF12=PRINT CLEAR=EXIT
=> PRINT THE FOLLOWING PAGES PAGE: 001 THRU 008 DESTINATION  ____
```

Date: 2/22/2008 Time: 12:10:01 PM