IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHANNETTE CARPENTER, Individually, and as Special Administrator of the Estate of Baby Carpenter (deceased), | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6918 |
| v. | ) ) | Judge Kendall |
| THE CITY OF CHICAGO, et. al. | ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  R. Tamara de Silva                      Andrew J. Creighton
Law Offices of R. Tamara de Silva      Cook County State's Attorney's Office
39 South La Salle Street, Suite 1400     300 Richard J. Daley Center
Chicago, IL 60603                        Chicago, IL 60602

Rita Moran
City of Chicago Dept. of Law
30 N. La Salle Street, Suite 1020
Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court, the Individual Officer Defendants' **Motion to Stay Proceedings**, a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before Judge Virginia M. Kendall, or before such other Judge sitting in her stead, on March 6, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, in room 2319 of the Dirksen Courthouse, 219 S. Dearborn Street, Chicago, IL and present the attached motion.

Date:       February 27, 2008

                                                By:   s/ Marc J. Boxerman
                                                      MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790