UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CHANNETTE CARPENTER, individually,)
And as Special Administrator of the Estate )
Of baby Carpenter (deceased)              )
                                          )
        Plaintiff,                        )      07 C 6918
                                          )
V.                                        )
                                          )
THE CITY OF CHICAGO et. al.               )      Judge Virginia M. Kendall
                                          )
        Defendants                        )

### DEFENDANT COUNTY OF COOK'S
### MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant COUNTY OF COOK, by its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, through his Assistant, Andrew J. Creighton, and pursuant to Rule 12(b)(1), (6) of the Federal Rules of Civil Procedure moves this Honorable Court to Dismiss Plaintiff's Amended Complaint. A Memorandum of Law in Support of this Motion is hereto attached.

Respectfully submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By : /s/ Andrew J. Creighton
Andrew J. Creighton
Assistant State's Attorney
Medical Litigation Unit
301 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5111