UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

CHANNETTE CARPENTER, individually,)
And as Special Administrator of the Estate )
Of baby Carpenter (deceased)          )
                                      )
          Plaintiff,                  )    07 C 6918
                                      )
V.                                    )
                                      )
THE CITY OF CHICAGO et. al.           )    Judge Virginia M. Kendall
                                      )
          Defendants                  )

## NOTICE OF FILING

To:    SEE SERVICE LIST

**PLEASE TAKE NOTICE** that on February 27, 2008 I filed with the Clerk of the United States Court for the Northern District of Illinois, Eastern Division, Defendant County of Cook's' Motion to Dismiss Plaintiff's Amended Complaint, Defendant's Memorandum in Support, and this Notice of Filing by using the CM/EFS system.

                                    Richard A. Devine
                                    State's Attorney of Cook County

                                    By: /s/ Andrew J. Creighton
                                        Andrew J. Creighton
                                        Assistant State's Attorney
                                        Medical Litigation Section
                                        300 Richard J. Daley Center
                                        Chicago, Il 60602
                                        (312) 603-5111

## CERTIFICATE OF SERVICE

I, Andrew J. Creighton, Assistant State's Attorney, hereby certify that I electronically filed the foregoing notice, together with the documents referenced therein with the Clerk of the United States Court for the Northern District of Illinois, Eastern Division using CM/ECF system which will send notification of such filing to the person referenced above on February 27, 2008.

                                    /s/ Andrew J. Creighton
                                    Andrew J. Creighton

SERVICE LIST

Ms. R. Tamara de Silva
Attorney at Law
Suite 1400
39 S. LaSalle St.
Chicago, IL 60603

Ms. Rita C. Moran
Bhairav Radia
City of Chicago Department of Law
Room 1020
30 N. LaSalle St.
Chicago, IL 60602

Marc J. Boxerman
Thomas J. Platt
City of Chicago Department of law
Room 1400
30 N. LaSalle St.
Chicago, IL 60602