**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Channette Carpenter
                           Plaintiff,

v.                                                 Case No.: 1:07–cv–06918
                                                           Honorable Virginia M. Kendall

City of Chicago, The, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Based on Defendant's newly–filed Motion to Dismiss [32], the previously–filed Motions to Dismiss [8], [16] are terminated as moot. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.